## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br><br>         Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED<br>CREDITOR'S LIQUIDATING TRUST,<br>through PERRY MANDARINO, not<br>personally, but as Trustee,<br><br><br>         Plaintiff,<br><br>   v.<br><br>SERVICES & MATERIALS CO., A/K/A<br>FLEX-O-LITE, INC.,<br><br><br>         Defendant. | Civil Action No. 04-CV-01171 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

617366v1

Dated:  February 14, 2006                            THE BAYARD FIRM

                                                     _M. Augustine_
                                                     Neil B. Glassman (No. 2087)
                                                     Ashley B. Stitzer (No. 3891)
                                                     Mary E. Augustine (No. 4477)
                                                     222 Delaware Avenue, Suite 900
                                                     P. O. Box 25130
                                                     Wilmington, DE  19899
                                                     Telephone:     (302) 655-5000

                                                            - and -

                                                     LOWENSTEIN SANDLER PC
                                                     Paul Kizel, Esquire
                                                     65 Livingston Avenue
                                                     Roseland, NJ 07068
                                                     Telephone (973) 597-2500

                                                     Co-Counsel for Perry Mandarino, not Personally,
                                                     but as Trustee for the NationsRent Unsecured
                                                     Creditor's Liquidating Trust

617366v1                                    2