## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Services & Materials Co. a/k/a Flex-O-Lite, Inc.*
Attn:   President/CEO
8301 Flex-O-Lite Drive
St. Louis, MO 65101

*Services & Materials Co. a/k/a Flex-O-Lite, Inc.*
Attn:   CT Corporation System
120 South Central Avenue
Clayton, MO 63105


_____
Mary E. Augustine (No. 4477)

617366v1